# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whipple, Mary Ann | U.S. Bankruptcy Court, N.D. OH | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

James M. Ashley and Thomas W.L. Ashley United States Courthouse
1716 Spielbusch Avenue, Room 111
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Uniform Gift to Minors Act Minor #1 [See Note Part VIII] |
| 2. | Custodian | Uniform Gift to Minors Act Minor #2 [See Note Part VIII] |
| 3. | Trustee | Trust #1 [See Note Part VIII] |
| 4. | Successor Trustee | Trust #2 [See Note Part VIII] |
| 5. | Successor Trustee | Trust #3 [See Note Part VIII] |
| 6. | Executive Committee Member | Morrison R. Waite Chapter, American Inns of Court |
| 7. | Executive Board Secretary | University of Michigan Club of Toledo |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | State Teachers Retirement System (Ohio); interest in public pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 6/13/13 to 6/16/13 | Traverse City, MI | Workshop speaker | workshop registration fee and materials |
| 2. | Cleveland Metro Bar Association | 6/5/13 to 6/6/13 | Cleveland, OH | Seminar Speaker | seminar registration fee, mileage, lodging and turnpike tolls |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington National Bank(IRA)(CD) (Account) | A | Interest | M | T | | | | | See Note in Part VIII |
| 2. Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 3. Blackrock Mid Cap Growth Equity Portfolio Class A | C | Dividend | K | T | | | | | |
| 4. AllianceBernstein International Growth Fund Class A | A | Dividend | J | T | | | | | |
| 5. Nuveen Insured Municipal Opportunity Fund | A | Dividend | J | T | | | | | |
| 6. Blackrock Balanced Capital Fund Class A | A | Dividend | J | T | | | | | |
| 7. MFS Municipal Income Fund A | A | Dividend | J | T | | | | | |
| 8. MFS Global Total Return Fund A | A | Dividend | K | T | | | | | |
| 9. MainStay Large Cap Growth Fund Inv Class | | None | | | Matured | 09/20/13 | K | | See Note in Part VIII |
| 10. MainStay Large Cap Growth Fund Class A | B | Dividend | K | T | Open | 09/20/13 | K | | See Note in Part VIII |
| 11. MainStay Common Stock Fund Inv. Class | | None | | | Matured | 09/20/13 | K | | See Note in Part VIII |
| 12. MainStay Common Stock Fund Class A | A | Dividend | K | T | Open | 09/20/13 | K | | See Note in Part VIII |
| 13. MainStay ICAP Select EQ Fund Inv. Class | | None | | | Matured | 09/20/13 | K | | See Note in Part VIII |
| 14. MainStay ICAP Select EQ Fund Class A | A | Dividend | K | T | Open | 09/20/13 | K | | See Note in Part VIII |
| 15. MainStay Growth Equity Fund Inv. Class (IRA) | | None | | | Merged (with line 16) | 01/18/13 | J | | See Note in Part VIII |
| 16. MainStay Cornerstone Growth Fund Inv. Class (IRA) | A | Dividend | J | T | | 01/18/13 | J | | See Note in Part VIII |
| 17. Investment Company of America-A Fund Number 4 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Equity Income Fund-Class A | A | Dividend | K | T | | | | | |
| 19. UBS Pace Large Company Value Equity Fund Class C | A | Dividend | J | T | | | | | |
| 20. UBS U.S.Equity Opportunity Fund Class C | | None | K | T | | | | | |
| 21. UBS Pace International Fixed Income Fund Class C | A | Dividend | K | T | | | | | |
| 22. UBS U.S. Allocation Fund Class C | | None | K | T | | | | | |
| 23. UBS Cash Fund | A | Dividend | J | T | | | | | |
| 24. Columbus Life Ins. Co. Annuity | C | Interest | L | T | | | | | |
| 25. Vanguard Windsor II Fund (UGMA #2) | A | Dividend | K | T | | | | | |
| 26. Washington Federal [Seattle Wash.] (CD) ( UGMA #1) | A | Interest | K | T | | | | | |
| 27. Washington Federal [Seattle Wash] (CD) (UGMA #2) | A | Interest | K | T | | | | | |
| 28. U.S. Savings Bonds | | None | K | T | | | | | |
| 29. STRS (Ohio) Money Market Account (Ohio public pension) | A | Dividend | J | T | | | | | |
| 30. STRS (Ohio) Russell 1000 Index Fund (Ohio public pension) | A | Dividend | J | T | | | | | |
| 31. PNC Bank (account)(CD) | A | Interest | L | T | | | | | |
| 32. United Services Federal Credit Union (account) | A | Interest | J | T | | | | | |
| 33. FirstMerit Bank(account) | A | Interest | K | T | | | | | |
| 34. Northwestern Mutual Extra Ordinary Life Policy | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual 65 Life Policy | A | Dividend | K | T | | | | | |
| 36. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 37. Washington Federal [Seattle Wash] (money market account)(CD) | A | Interest | M | T | | | | | |
| 38. The Trust Company of Toledo, N.A.(IRA Rollover) | F | Int./Div. | O | T | | | | | |
| 39. --Vanguard Institutional Index Fund (IRA) | | | | | | | | | |
| 40. --Buffalo Small Cap Fund (IRA) | | | | | | | | | |
| 41. --MFS Int'l New Discovery-1 Fund (IRA) | | | | | | | | | |
| 42. --Vanguard Short Term Federal Bond Fund (IRA) | | | | | | | | | |
| 43. --Northern Institutional Prime Obligations Portfolio (IRA) | | | | | | | | | |
| 44. --Vanguard Intermediate Term Bond Index (IRA) | | | | | | | | | |
| 45. --Harbor International Fund (IRA) | | | | | | | | | |
| 46. --Harbor Bond Fund (IRA) | | | | | | | | | |
| 47. --Fidelity Contrafund (IRA) | | | | | | | | | |
| 48. --Stratton Small- Cap Value Fund (IRA) | | | | | | | | | |
| 49. --Jensen Quality Growth Fund Inv Class (IRA) | | | | | | | | | |
| 50. --Vanguard Dividend Growth-1 (IRA) | | | | | | | | | |
| 51. --Invesco Int'l Growth (IRA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #1 | | | | | | | | | See Note in Part VIII |
| 53. --Massachusetts Mutual Permanent Life Policy | C | Dividend | M | T | | | | | |
| 54. --Northwestern Mutual Whole Life Policy | D | Dividend | M | T | | | | | |
| 55. --Columbus Life Insurance Policy (whole life) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parts I and VII Notes: Trust #1 is a life insurance trust for ▮▮▮▮▮▮▮ of which I am the trustee. The three whole life insurance policies assigned to Trust #1 are reported in Part VII [Lines 53-55]. I am the designated successor trustee for Trust #2 and Trust #3 for ▮▮▮▮▮▮▮ However, the trustee for each of Trust #2 and Trust #3 was still living at December 31, 2013, so no assets are being reported in Part VII.

Minor #1 reached the age of majority under the Ohio UGMA statute in 2011. However, the Washington Federal (Seattle Wash) CD reported at Part VII [Line 26] was still maintained in my name as custodian at December 31, 2013.

Part VII Notes: The Huntington National Bank IRA reported at Part VII [Line 1] is invested in a Huntington National Bank CD.

My interests in the three MainStay mutual funds at Part VII [Lines 9,11 and 13] were all Investor Class shares. When the fund balances reached certain designated levels, the shares in each fund were converted by the funds on September 20, 2013, from Investor Class shares to Class A shares as reported at Part VII [Lines 10, 12 and 14]. The precise terminology for this sort of conversion does not seem to be available with the report software, so I chose "matured" and "opened" as the available terms that seemed most descriptive of the transactions.

The MainStay Growth Equity Fund in the the IRA reported at Part VII [Line 15] merged into the MainStay Cornerstone Growth Fund reported at Part VII [Line 16] on January 18, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ann Whipple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544